UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYTON ENNIS,

    Plaintiff,                                  Case No:

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Convergent Outsourcing, Inc. (COI), through counsel, hereby removes the above-captioned civil action from the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

1. Convergent Outsourcing, Inc. (COI) is the defendant in this civil action filed by plaintiff, Bryton Ennis (plaintiff), in the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, titled *Bryton Ennis v. Convergent Outsourcing, Inc.* Case No. 21-004439-CO ("hereinafter the "State Court Action").

2. Defendant removes this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal. Defendant was served with plaintiff's Complaint on June 18, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by Defendant.

4. Attached hereto as **Exhibit 1** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

6. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.

WHEREFORE, Defendant, Convergent Outsourcing, Inc. (COI), hereby removes to this Court the State Court Action.

Date: July 19, 2021                                    Respectfully Submitted,

                                            */s/ Ashley Wydro*
Ashley Wydro, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (877) 334-0661
awydro@sessions.legal
dvanhoose@sessions.legal

*Counsel for Defendant,*
*Convergent Outsourcing, Inc.*

### CERTIFICATE OF SERVICE

2

I HEREBY CERTIFY that on the 19th day of July 2021, a copy of the foregoing was sent via email to:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Ashley Wydro*
Attorney